MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNA SALIANI,<br><br>          Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., a foreign corporation d/b/a SAM'S CLUB; DOES I through X; DOE EMLOYEES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-01492-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br>**(First Request)** |

   Plaintiff ARIANNA SALIANI (hereinafter "Plaintiff") and Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB ("Defendant"), by and through their respective counsel of record, do hereby stipulate to continue the trial date in this matter and all associated deadlines for the reasons set forth below:

   1. Kurt R. Bonds, Esq., David M. Sexton, Esq. and Patrice Stephenson-Johnson, of ALVERSON TAYLOR & SANDERS, recently substituted into this case on March 2, 2022 on behalf of Defendant, SAM'S WEST, INC. [ECF 44].

   2. Subsequent to this substitution of counsel, counsel for both parties began engaging in renewed attempts to resolve this matter prior to trial and have agreed to participate in a private mediation.

3. Given the deadline for filing motions in limine is presently set for April 8, 2022, and it may not be possible to secure a private mediation date prior to the currently set trial stack of May 9, 2022, counsel believe it is the best interests of all parties to continue the trial in this matter to the Court's next available trial stack in order to first attend a private mediation.

4. The parties represent that this request for a continuance of the trial date is made in good faith and not for purposes of delay.

Dated this 7th day of April, 2022.

HENNESS & HAIGHT

/s/ STEPHEN J. MENDENHALL, ESQ.
MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

Dated this 7th day of April, 2022.

ALVERSON TAYLOR & SANDERS

/s/ PATRICE STEPHENSON-JOHNSON, ESQ.
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON
Nevada Bar No. 12283
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*

## ORDER

**IT IS ORDERED** that the May 9, 2022, trial dates are vacated. Trial is continued to May 23, 2022, at 9:00 a.m. Calendar call is continued to May 16, 2022, at 9:00 a.m. in Courtroom 6C.

IT IS SO ORDERED:

Dated: April 11, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2