MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNA SALIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., a foreign corporation d/b/a SAM'S CLUB; DOES I through X; DOE EMLOYEES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01492-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br>**(Second Request)** |

Plaintiff ARIANNA SALIANI (hereinafter "Plaintiff") and Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB ("Defendant"), by and through their respective counsel of record, do hereby stipulate to continue the trial date in this matter and all associated deadlines for the reasons set forth below:

1. Since the filing of the parties' first Stipulation and Order to Continue Trial [Doc #50] in this matter, Counsel for the parties have secured a private mediation date with the Honorable Judge Jackie Glass, retired, at Advanced Resolution Management which is scheduled for May 11, 2022.

2. The Order recently granting the parties' request for a continuance of the trial [DOC #51] in this matter sets forth a new trial date of May 23, 2022; thereby making the deadline for the filing of motions in limine April 20, 2022.

1

3. In an effort to save the time and expense of the parties related to the preparation and filing of motions in limine which may not be necessary should the case settled, it is requested the trial date of May 23, 2022 be vacated and continued to a date in June 2022, or on the Court's next available stack thereafter.

4. The parties represent that this request for a continuance of the trial date is made in good faith and not for purposes of delay.

Dated this 19th day of April, 2022.                    Dated this 19th day of April, 2022.

HENNESS & HAIGHT                                        ALVERSON TAYLOR & SANDERS

*/s/ STEPHEN J. MENDENHALL, ESQ.*                       */s/ PATRICE STEPHENSON-JOHNSON, ESQ.*
MARK G. HENNESS, ESQ.                                   KURT R. BONDS, ESQ.
Nevada Bar No. 5842                                     Nevada Bar No. 6228
STEPHEN J. MENDENHALL, ESQ.                             PATRICE STEPHENSON-JOHNSON
Nevada Bar No. 15286                                    Nevada Bar No. 12283
8972 Spanish Ridge Avenue                               DAVID M. SEXTON, ESQ.
Las Vegas, Nevada 89148                                 Nevada Bar No. 14951
*Attorneys for Plaintiff*                               6605 Grand Montecito Parkway, Ste. 200
                                                        Las Vegas, Nevada 89149
                                                        *Attorneys for Defendant*

### ORDER

IT IS ORDERED that the May 23, 2022 trial is vacated and continued to June 27, 2022, at 9:00 a.m. Calendar call is continued to June 21, 2022, at 9:00 a.m., by video conference before Judge Andrew P. Gordon. The Master Trial Scheduling Conference is scheduled for June 7, 2022, at 10:00 a.m., by video conference before Judge Andrew P. Gordon.

IT IS SO ORDERED:

Dated: April 19, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2