MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNA SALIANI,<br><br>   Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., a foreign corporation d/b/a SAM'S CLUB; DOES I through X; DOE EMLOYEES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>   Defendants. | Case No.: 2:20-cv-01492-APG-NJK<br><br>**STIPULATION AND ORDER TO VACATE MASTER TRIAL CALENDAR SCHEDULING CONFERENCE** |

Plaintiff ARIANNA SALIANI (hereinafter "Plaintiff") and Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB ("Defendant"), by and through their respective counsel of record, do hereby stipulate as follows:

1. The parties in the above case participated in a private mediation on May 11, 2022, at which a settlement agreement was reached and the matter has now been resolved. Accordingly, the parties request that the Master Trial Calendar Scheduling Conference currently scheduled for June 7, 2022, at 10:00 a.m., as well as all associated trial deadlines, be vacated.

///

///

2. The parties request thirty (30) days, or until July 6, 2022, to file a stipulation and order to dismiss the above case.

Dated this 6th day of June, 2022.

HENNESS & HAIGHT

*/s/ STEPHEN J. MENDENHALL, ESQ.*
MARK G. HENNESS, ESQ.
Nevada Bar No. 5842
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

Dated this 6th day of June, 2022.

ALVERSON TAYLOR & SANDERS

*/s/ PATRICE STEPHENSON-JOHNSON, ESQ.*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: June 7, 2022

2