# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARIANNA SALIANI, | Case No.: 2:20-cv-01492-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| SAM'S WEST, INC., a foreign corporation d/b/a SAM'S CLUB, | |
| Defendant | |

I previously ordered the parties to file a stipulation of dismissal by July 6, 2022. ECF No. 56 at 2. The parties have not done so.

I THEREFORE ORDER that the parties shall file a stipulation of dismissal or status report by August 12, 2022. The failure to do so may result in sanctions, including dismissal of claims and defenses and monetary sanctions.

DATED this 2nd day of August, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE